UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DUSTEN A. MAHON,**

    **Plaintiff,**

v.                                     Case No. 5:17cv181-TKW-EMT

**MIKE MOORE, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court on the magistrate judge's Report and Recommendation (R&R) (Doc. 85). Plaintiff filed objections to the R&R (Doc. 86) to which Defendants filed a response (Doc. 87). Based on the Court's de novo review of the issues raised in the objections,[1] the Court agrees with the disposition recommended in the R&R because (1) there are no disputed issues of fact from which a reasonable jury could conclude that Defendants were deliberately indifferent to Plaintiff's medial needs, and (2) Plaintiff failed to provide an adequate justification for his delay in seeking leave to file a fifth amended complaint and, in any event, the new claims that Plaintiff wanted to assert in the proposed fifth amended complaint are inadequate as a matter of law. Likewise, insofar as Plaintiff

---

[1] The Court sees no need for—and, thus, denies—Plaintiff's request for a hearing on the Defendants' motion for summary judgment. *See* Doc. 86, at 16.

asks for the first time in his objections to be allowed to add claims against Nurses Howell and Walshingham (*see* Doc. 86, at 16), he offers no justification—and the Court sees none—for his failure to seek leave to assert these claims sooner.

Accordingly, it is **ORDERED** that

1. The R&R is adopted and incorporated by reference in this Order.

2. Defendants' motion for summary judgment (Doc. 71) is **GRANTED**.

3. Plaintiff's motion for leave to file a fifth amended complaint (Doc. 78) is **DENIED**.

4. The Clerk shall enter judgment in favor of Defendants and close the file.

**DONE and ORDERED** this 6th day of July, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**